UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWIT DEBELA,<br><br>                Petitioner,<br><br>   v.<br><br>JIM McDONELL,<br><br>                Respondent. | Case No. CV 17-3800-GW(RAO)<br><br>JUDGMENT |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order Regarding Summary Dismissal of Petition for Writ of Habeas Corpus.

DATED: May 24, 2017

                                                       _____
                                                       GEORGE H. WU
                                                       UNITED STATES DISTRICT JUDGE